United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    USA,                                    Case No. 21-mj-70352-LB-1  (SK)

                    Plaintiff,
8
                                             Charging District's Case No.
9            v.
                                             1:20-cr-00049-IMK-MJ
10   LUCIO JAVIER ESCOBEDO
     FERNANDEZ,
11
                    Defendant.
12              **AMENDED COMMITMENT TO ANOTHER DISTRICT**

13           The defendant has been ordered to appear in the Northern District of West Virginia

14   (Clarksburg).

15   The defendant may need an interpreter for this language: n/a.

16           The defendant:        (  ) will retain an attorney.

17                                 (X) is requesting court-appointed counsel.

18           The defendant remains in custody after the initial appearance.

19

20           **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with

21   a copy of this order, to the charging district and deliver the defendant to the United States Marshal

22   for that district, or to another officer authorized to receive the defendant.  The Marshal or officer

23   of the charging district should immediately notify the United States Attorney and the Clerk of the

24   Clerk for that district of the defendant's arrival so that further proceedings may be promptly

25   scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the

26   charging district.

27   Dated: September 29, 2021

28                                           _____
                                             SALLIE KIM

United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

United States District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28